**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**SPECTRUM LABORATORIES, LLC,**
**a limited liability company,**

 *Plaintiff,*

v.

**KING VAPE LLC, an Alabama limited
liability company; REEM MUHSEN,
individually; and JOHN DOE
COMPANY 1,**

 *Defendants.*

**VERIFICATION OF COMPLAINT**

I, Matthew Stephens, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Managing Member of Spectrum Laboratories, LLC ("Spectrum Labs"), the Plaintiff in this action.

2. I have personal knowledge of Spectrum Labs and its activities, including those set out in the foregoing Complaint, and if called upon to testify I would competently testify as to the matters stated herein.

3. I am familiar with Spectrum Labs' Quick Fix® brand of synthetic urine products and related goods, and with the federally registered trademarks owned by Spectrum Labs, including U.S. Trademark Registration No. 4,453,892 and U.S. Trademark Registration No. 5,791,421 (collectively, the "Spectrum Trademarks").

4. I have reviewed the Complaint for Trademark Infringement, Trademark Counterfeiting, and Contributory Trademark Infringement filed in this action.

5. I verify under penalty of perjury under the laws of the United States of America that the factual statements in the Complaint concerning Spectrum Labs, the Spectrum Trademarks, and

Doc ID: 6c99242b58987e5e04a96b9fec2fa7d7a0a12139

Defendants' sale of counterfeit products bearing the Spectrum Trademarks are true and correct to the best of my knowledge, information, and belief.

6.      As to those allegations in the Complaint made upon information and belief, I believe them to be true.

Executed on: 03 / 24 / 2026 _____

_____
Matthew Stephens
Spectrum Laboratories, LLC

Doc ID: 6c99242b58987e5e04a96b9fec2fa7d7a0a12139