**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**SPECTRUM LABORATORIES, LLC,**
**a limited liability company,**

    *Plaintiff,*

v.

**KING VAPE LLC, et al.,**

    *Defendants.*

**DECLARATION OF MATTHEW STEPHENS
IN SUPPORT OF PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER**

I, Matthew Stephens, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an adult with personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. I am the Managing Member of Spectrum Laboratories, LLC ("Spectrum Labs"), the Plaintiff in this action. I am familiar with Spectrum Labs' products, trademarks, and business operations. I make this declaration in support of Spectrum Labs' Motion for Temporary Restraining Order.

3. Spectrum Labs is a limited liability company organized under the laws of Ohio and is engaged in the business of manufacturing, distributing, and selling synthetic urine products and related goods throughout the United States under its Quick Fix ® brand. Spectrum Labs is the owner of United States Trademark Registration No. 4,453,892 for the QUICK FIX mark and United States Trademark Registration No. 5,791,421 (collectively, the "Spectrum Trademarks"). These registrations are valid, subsisting, and incontestable.

4. Spectrum Labs has manufactured and sold synthetic urine products and related goods under the Quick Fix® brand throughout the United States for over two decades. Through

1

Doc ID: 6c99242b58987e5e04a96b9fec2fa7d7a0a12139

extensive and continuous use, the Spectrum Trademarks have become well-known indicators of source and quality in the marketplace.

5. I am aware that Spectrum Labs has received credible evidence that King Vape LLC, doing business as "U VAPE," has been selling counterfeit products bearing the Spectrum Trademarks at its retail location at 121 Lindberg Avenue, Atmore, Alabama 36502.

6. I am aware that Spectrum Labs, through its in-house counsel, sent a cease and desist letter to King Vape LLC on or about December 19, 2025, demanding that Defendants immediately cease the sale of counterfeit products bearing the Spectrum Trademarks. I am further aware that Spectrum Labs, through its litigation counsel AdamsIP LLC, sent a second cease and desist letter to King Vape LLC and Reem Muhsen on February 10, 2026. A true and correct copy of the February 10, 2026 cease and desist letter is attached hereto as **Exhibit A**.

7. On March 14, 2026, a customer visited the U VAPE store located at 121 Lindberg Avenue, Atmore, Alabama 36502, for the purpose of determining whether Defendants were continuing to sell counterfeit products bearing the Spectrum Trademarks despite having received the cease and desist letters described above.

8. During the customer's visit to the U VAPE store on March 14, 2026, he observed products bearing the Spectrum Trademarks, including the Quick Fix® name and Spectrum Labs branding, offered for sale in the store.

9. That customer purchased two counterfeit products from the U VAPE store on March 14, 2026: (a) one product labeled as "Quick Fix® Plus" bearing the Spectrum Trademarks; and (b) one product labeled as "Quick Fix® Pro Belt Kit" bearing the Spectrum Trademarks and subsequently provided those products to Spectrum Labs.

2

10.    Based on my familiarity with genuine Spectrum Labs products, I determined that the products purchased at U VAPE on March 14, 2026 are counterfeit. They were not manufactured, authorized, or approved by Spectrum Labs. Among the indicia of counterfeiting, the products lack legitimate verifiable batch numbers that are present on all genuine Spectrum Labs products. In addition, the products contain third-party products within their packaging and include parts of different colors than used by Spectrum Labs products.

11.    The receipt I received from the U VAPE store for the March 14, 2026 purchase shows that the counterfeit products were listed as "Custom Item" in U VAPE's point-of-sale system rather than being identified by their actual product names. This is consistent with a prior purchase made at U VAPE on December 1, 2025, in which counterfeit Spectrum Labs products were also rung up as "Custom Item."

12.    The use of the "Custom Item" designation in U VAPE's point-of-sale system, rather than identifying the products by name, is indicative of Defendants' awareness that the products are counterfeit. Legitimate retailers typically identify products by their actual names in their sales systems.

13.    Spectrum Labs took photographs of the counterfeit products purchased on March 14, 2026, along with the receipt documenting the purchase. True and correct copies of these photographs are attached hereto as follows:

**Exhibit B**:    Photograph of counterfeit Quick Fix® Plus product—front of box, bottle, and accessories

**Exhibit C**:    Photograph of counterfeit Quick Fix® Plus product—back of box, bottle, and accessories

3

Doc ID: 6c99242b58987e5e04a96b9fec2fa7d7a0a12139

> **Exhibit D**:    Photograph of purchase receipt from U VAPE dated March 14, 2026

> **Exhibit E**:    Photograph of counterfeit Quick Fix® Pro Belt Kit product—front of box

14.    The photographs attached as Exhibits B through E are true and accurate representations of the counterfeit products and receipt as they appeared when Spectrum Labs received them from the customer who purchased them from the U VAPE store on March 14, 2026.

15.    Defendants' continued sale of counterfeit products bearing the Spectrum Trademarks, despite having received two cease and desist letters, is causing ongoing and irreparable harm to Spectrum Labs. The counterfeit products are inferior in quality to genuine Spectrum Labs products, and their sale under the Spectrum Trademarks deceives consumers and damages Spectrum Labs' reputation and goodwill.

16.    Spectrum Labs has no adequate remedy at law to prevent the ongoing harm caused by Defendants' counterfeiting activities. Unless Defendants are restrained by this Court, they will continue to sell counterfeit products bearing the Spectrum Trademarks, causing further irreparable harm to Spectrum Labs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on ___03 / 24 / 2026___


_Matthew Stephens_
_____
Matthew Stephens


4

Doc ID: 6c99242b58987e5e04a96b9fec2fa7d7a0a12139