# EXHIBIT B

Counterfeit Quick Fix® Plus Product — Front of Box, Bottle, and Third-Party Accessories

