# EXHIBIT C

Counterfeit Quick Fix® Plus Product — Back of Box, Bottle, and Third-Party Accessories

