# EXHIBIT D

Purchase Receipt from U VAPE — March 14, 2026

