# EXHIBIT E

Counterfeit Quick Fix® Pro Belt Kit — Front of Box

