AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-00105**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Reem Muhsen**
was recieved by me on  **3/24/2026:**

**X**    I personally served the summons on the individual at **13374 SW 30th St, Miramar, FL 33027** on **03/25/2026 at 10:36 AM**; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 141.00** for services, for a total of **$ 141.00**.

I declare under penalty of perjury that this information is true.

Date:  03/25/2026

_____
*Server's signature*

**Bibiana Correa**
*Printed name and title*

**314 Bermuda Springs Drive**
**Weston, FL 33326**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADEMARK COUNTERFEITING, AND CONTRIBUTORY TRADEMARK INFRINGEMENT; CIVIL COVER SHEET; VERIFICATION OF COMPLAINT; PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE; MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE; DECLARATION OF MATTHEW STEPHENS IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER; EXHIBITS,  to Reem Muhsen with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Middle Eastern female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses.**





Tracking #: **0215132436**