# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
<u>Southern</u> DIVISION

SPECTRUM LABORATORIES, LLC ,

Plaintiff,

v.

KING VAPE LLC; REEM MUHSEN ,

Defendant.

Case No.

1:26-CV-105

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL L.R. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1, King Vape LLC , makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, either (i) identify any parent corporation and any publicly held corporation owning 10% or more of its stock or (ii) state there is no such corporation:

   There is no parent corporation or any publicly held corporation owning 10% or more of the membership interest of King Vape LLC.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must

list the names and citizenships of all members or partners of that entity. *See, e.g., Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).]
Not applicable.

3.  To the extent not otherwise disclosed above, if the filer is a nongovernmental artificial entity appearing as a party or an amicus curiae, identify all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the S.D. Ala. Civil L.R. 7.1:
Reem Muhsen is the sole member. King Vape LLC's affiliates are Queen Vape LLC and Galaxy Vape Inc.

☑    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and that I will amend this Disclosure Statement promptly upon learning of any relevant changes or corrections.

April 9, 2026
_____
Date

_____
Counsel Signature

King Vape LLC
_____
Counsel for (print party names)
11 N. Water St., Suite 13290
Mobile, AL 36602

_____
Address, City, State, Zip Code

2